UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-61587-SINGHAL/Reid

ERVIN L. WATSON,

 Plaintiff,

v.

SARAH MANCINI et al.,

 Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on United States Magistrate Judge Lisette Reid's Report and Recommendation ("R&R") (DE [10]), filed on October 5, 2020. Therein, Magistrate Judge Reid sua sponte considered Plaintiff's Complaint (DE [1]) and recommends this case be **DISMISSED**.

Parties have fourteen days to file any objections to a magistrate judge's factual findings. Fed. R. Civ. P. 72(b)(2); S.D. Fla. Mag. R. 4(b). Here, neither side filed any such objections and the Court afforded Plaintiff an additional week to account for any potential delay in physical mailing. With no objections filed, the Court's review of the R&R is properly limited to a de novo review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed de novo, even in the absence of an objection.").

The Court has reviewed the R&R, the entire file, and the record. The Court would note that the R&R contains one scrivener's error in the discussion section. There, under

subheading B, the title reads "**Claim Against Assistant State Attorney Spencer Scott.**" A thorough review of the pleadings indicates that portion of the claim brought by Plaintiff here is only against Assistant State Attorney Sara Mancini.  The legal analysis under this subheading is however quite correct.  The Court has carefully conducted a de novo review of Magistrate Judge Reid's legal conclusions.  Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation (DE [10]) is **AFFIRMED** and **ADOPTED**.  The Complaint (DE [1]) is **DISMISSED**.  The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of October 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF and Plaintiff, pro se